MICHAEL M. MARTOCCI, Appellant, *v.* THE GREATER NEW YORK BREWERY, INC., Respondent.

Submitted July 11, 1950; decided July 11, 1950.

Motion for reargument, or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 57.]

HERBERT T. OHMAN et al., Appellants, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Submitted May 29, 1950; decided July 11, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 306.]